```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JASON GOODMAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-0423 DFL |
| Plaintiff, | ) | |
| v. | ) | **APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| JASON GOODMAN, | ) | |
| Defendant. | ) | Date: December 14, 2006 |
| | ) | Time: 10:00 a.m. |
| _____ | ) | Judge: Honorable David F. Levi |

Comes now the defendant, by the Federal Defender, and represents as follows:

1. On June 2, 1999, the United States District Court for the Eastern District of Michigan sentenced defendant JASON GOODMAN to 90 months imprisonment and a 5-year term of supervised release for his conviction of one count of Conspiracy to Distribute a Controlled Substance. He started his term of supervised release on July 1, 2005. Thereafter, on October 13, 2005, jurisdiction was transferred from the Eastern District of Michigan to the Eastern District of California.

2.	In September 2006, Mr. Goodman was charged in Shasta County Superior Court with Possession for Sale of Marijuana in violation of California Health and Safety Code section 11359, a felony.

3.	Soon thereafter, Mr. Goodman pled to the charge and was sentenced to two years incarceration at High Desert State Prison. According to Mr. Goodman's state attorney, the sentencing judge ordered that the state sentence run concurrent to Mr. Goodman's federal sentence on his supervised release petition.

4.	On September 22, 2006, a supervised release petition was filed with the district court which alleged that Mr. Goodman violated the terms of his supervised release by committing another federal, state, or local crime as charged against him in Shasta County.

5.	Mr. Goodman is currently detained at the High Desert State Prison in Susanville, California. Mr. Goodman requests that his supervised release petition case be placed on this Court's calendar and that he be transported to the district court to address the pending petition. Mr. Goodman requests transportation to the district court so that he may be sentenced, after admission of one or more violations, on the pending supervised release petition so that the Shasta County Superior Court Judge's order of a concurrent sentence may be accomplished.

6.	In order to secure the presence of the defendant, it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden, Sheriff or Jailor to produce the defendant in court on said date, and at such other dates as may be necessary in order to procure defendant's presence for other proceedings incident thereto.

WHEREFORE, petitioner prays for an order directing the issuance of

2

a Writ of Habeas Corpus Ad Prosequendum, out of and under the seal of this Court, directed to the Warden, Sheriff or Jailor, commanding him to have and produce the above-named defendant in the United States District Court at said time, and then and there to present the defendant before the Court, and from day to day thereafter as may be necessary, and at the termination of the proceedings against the defendant, to return defendant to the custody of the Warden, Sheriff or Jailor.  A proposed Writ of Habeas Corpus Ad Prosequendum has been separately lodged with the district court.

DATED: November 8, 2006.          /s/ Mary M. French
                                  _____
                                  MARY M. FRENCH
                                  Supervising Assistant
                                  Federal Defender
                                  Attorney for Defendant
                                  JASON GOODMAN

- - - - - - - - - - - - - - - -

**O R D E R**

Upon reading the filing and foregoing application in that behalf, **IT IS HEREBY ORDERED** that a Writ of Habeas Corpus Ad Prosequendum issue as prayed for herein.

DATED: November 9, 2006.
                                  /s/ David F. Levi
                                  _____
                                  HONORABLE DAVID F. LEVI
                                  United States District Judge

3